TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-7078-SK |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| $599,870.00 IN U.S. CURRENCY, $21,000.00 IN U.S. CURRENCY AND APPROXIMATELY 59 MISCELLANEOUS YELLOW AND WHITE COLORED COINS AND BARS, | |
| Defendants. | |

NOTICE is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff United States of America voluntarily dismisses the above-captioned action.

Dated: December 22, 2021
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture Section

          /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA